## EMANUEL, EXECUTOR, ET AL. *v.* CHAPPLE, EXECUTOR.

No. 1092.   Decided April 21, 1969.

*James Sharp, Jr.,* for appellants.

*Howell H. Heard* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## EMANUEL, EXECUTOR, ET AL. *v.* CHAPPLE, EXECUTOR.

No. 1125.   Decided April 21, 1969.

*James Sharp, Jr.,* for appellants.

*Howell H. Heard* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.